# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED

JUN 25 2019

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA

vs.

**NICHOLAS TYLER SMITH**  No. **CR 19-06-BLG-SPW**

DOB: _____1994_____  **PETITION TO OPEN JUVENILE RECORDS**

SSN: __XXX-XX-2290__

Whereas the above-named defendant has been found guilty of the offense of <u>False Statement in Firearms Acquisition, in violation of 18 U.S.C. §922(a)(6),</u> in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

June 24, 2019
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 24th day of June, 2019.