# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-06-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| NICHOLAS TYLER SMITH, | ORDER |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 35). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 28th day of August, 2019

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1